**Opinion issued September 23, 2021**



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-21-00043-CV

———————————

**DARLENE  JARRETT, Appellant**

**V.**

**ANGEL BABY INC., Appellee**

---

**On Appeal from the County Court at Law No. 1**
**Fort Bend County, Texas**
**Trial Court Case No. 20-CCV-068105**

---

## MEMORANDUM OPINION

Appellant, Darlene Jarrett, has failed to timely file a brief.   Appellant's brief was due August 2, 2021.   *See* TEX. R. APP. P. 38.6(a) (governing time to file appellant's brief).   On August 11, 2021, the Clerk of this Court notified appellant that her brief was past due and that her appeal was subject to dismissal for want of

prosecution unless she filed a brief or a motion for an extension of time to file a brief by August 23, 2021. *See* TEX. R. APP. P. 38.8(a) (governing failure of appellant to file brief), 42.3(b) (allowing involuntary dismissal of case); *see also* TEX. R. APP. P. 4.1(a). Appellant did not respond to the notice and has not filed a brief or a motion for an extension of time to file a brief. Based on appellant's failure to file a brief, appellee, Angel Baby Inc., has filed a motion to dismiss the appeal for want of prosecution.[1] More than ten days have passed, and appellant has not responded to the motion. *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we grant appellee's motion and dismiss the appeal for want of prosecution for failure to timely file a brief. *See* TEX. R. APP. P. 38.8(a), 42.3(b), 43.2(f). We dismiss any pending motions as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Countiss.

---

[1] In its motion, appellee also requested that we "affirm the award of $5,000 in attorney's fees to [a]ppellee." We deny that request.